AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:19 MJ 217 | April 16, 2019 | copies left in property envelope |

Inventory made in the presence of:
TFO Fred Zollers

Inventory of the property taken and name of any person(s) seized:

- Any/all extractable data

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06-18-19

_Executing officer's signature_

Fred Zollers TFO
_Printed name and title_

## ATTACHMENT A

The property to be searched (hereinafter, the "Devices") are:

(1)   Blue Alcatel cellular telephone (IMEI: 014684003078008);

(2)   Black iPhone S FCC ID: BCG-E2944A; and

(3)   Blue Alcatel cellular telephone (IMEI: 014684004738121).

The Devices are currently stored in a secure locked facility at the MCSO Property Room, located at 345 W. Second Street, Dayton, Ohio.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Devices described in Attachment A that relate to violations of 21 U.S.C. § 841(a)(1) and involve **GLASS** since April 3, 2018, including:

    a. lists of customers and related identifying information;

    b. types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    c. any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

    d. any communications between GLASS and customers, suppliers, or other associates related to drug trafficking;

    e. any information recording GLASS' schedule or travel from April 3, 2018 to the present;

    f. any images or video of drugs, large amounts of money, and/or firearms; and

    g. all bank records, checks, credit card bills, account information, and other financial records.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.